O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>THOMAS ANTHONY<br>BENNETT,<br>　　　　Defendant.<br>_____ | CASE NO. CR 06-116-CAS<br><br>REVOCATION OF SUPERVISED<br>RELEASE AND JUDGMENT |

　　　　On November 14, 2012 and November 19, 2012, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on November 12, 2010 and November 6, 2012. Government counsel, Ashley Aull, the defendant and his appointed Deputy Federal Public Defender, Alicia Blanco, were present. The U.S. Probation Officer, Calvin Daniels, was also present.

　　　　The defendant admits violation of his supervised release, as stated in the Amended Petition filed on November 6, 2011. The Government moved to dismiss the petition filed November 12, 2010. The Court finds that the defendant is in violation of the terms and conditions of her supervised release imposed on March 21, 2003 and March 15, 2005.

　　　　IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months. Upon release from custody, the defendant shall be placed on fourteen (14) months of supervised release, under the same

1  terms and conditions previously imposed, with the added condition that the defendant shall
2  reside at a residential re-entry center (RRC), under the community corrections component,
3  for a period not to exceed fourteen (14) months, and shall comply with all rules and
4  regulations of the RRC, until discharged by the program director, with the approval of the
5  Probation Officer. Furthermore, upon release from custody, the defendant shall be released
6  to the probation officer and/or an RRC representative. The Court hereby recommends that
7  defendant be placed at Gateways. If Gateways is unavailable, the Court hereby recommends
8  that defendant be placed at Vinewood in Hollywood, California.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 26, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
     Catherine M. Jeang, Deputy Clerk

2